**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-6142**

---

ROBERT MATTHEWS-BEY,

                                        Plaintiff - Appellant,

        versus

STATE OF MARYLAND; CHIEF OF SECURITY; JAMES B.
MURPHY; OFFICER ANDREWS; SERGEANT DENNY; JOHN
EVANS, State Trooper #1060,

                                        Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Deborah K. Chasanow, District Judge.  (CA-
99-3092-DKC)

---

Submitted:  April 27, 2000          Decided:  May 4, 2000

---

Before NIEMEYER and MOTZ, Circuit Judges, and BUTZNER, Senior Cir-
cuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Robert Matthews-Bey, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert Matthews-Bey appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Matthews-Bey v. Maryland, No. CA-99-3092-DKC (D. Md. Dec. 7, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2